UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LAKE, as Personal
Representative of the Estate of
BENJAMIN PELCH, JR., Deceased,

    CASE NO.:

    Plaintiff,

v

    Lower Case No.: 08-89404-NM
    HONORABLE: Joseph J. Farah

HEARTLAND - BRIARWOOD MI, LLC
d/b/a HEARTLAND HEALTH CARE
CENTER - BRIARWOOD, and as
Successor Corporation to HEARTLAND
HEALTH CARE CENTER - BRIARWOOD,
and/or EAST MICHIGAN CARE
CORPORATION and/or MANOR CARE,
INC.,

    Defendants.
_____/

| | |
|---|---|
| SCOTT L. FEUER (P38185)<br>Attorney for Plaintiff<br>251 Merrill Street<br>Suite 203<br>Birmingham, Michigan 48009<br>(248) 723-7828, Ext. 201<br><br>MICHAEL J. KELLY (P41358)<br>Co-Counsel for Plaintiff<br>717 S. Grand Traverse Street<br>Flint, Michigan 48502<br>(810) 235-4100 | WILLIAM D. CHAKLOS (P33180)<br>DAVID C. WIEGEL (P57277)<br>Kitch Drutchas Wagner Valitutti &<br>Sherbrook, P.C.<br>One Woodward Avenue, Suite 2400<br>Detroit, MI 48226<br>(313) 965-7415 |

## NOTICE OF REMOVAL BY DEFENDANT

TO:    THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF MICHIGAN
        SOUTHERN DIVISION

    NOW COMES the defendant, HEARTLAND - BRIARWOOD MI, LLC d/b/a HEARTLAND HEALTH CARE CENTER - BRIARWOOD, and as Successor Corporation to HEARTLAND HEALTH CARE CENTER - BRIARWOOD, and/or EAST MICHIGAN

DET02\1276133.01

CARE CORPORATION and/or MANOR CARE, INC., by and through its attorneys, KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK, and hereby respectfully submits this Notice of Removal for the above-captioned case, and as grounds for removal, states as follows:

1. Plaintiff filed an action in the State of Michigan, Circuit Court for the County of Genesee, against defendant, Heartland Health Care Center - Briarwood, doing business as Manor Care, Inc. (Complaint, attached hereto as Exhibit A.)

2. That defendant received a copy of said Complaint on October 6, 2008.

3. That this case is accordingly being removed within thirty (30) days after receipt by the defendant of a copy of the initial pleading setting forth the claim for relief.

4. That there are no pleadings, other than the Complaint, and no proceedings have been had in the State Court action.

5. That the above-captioned action is a civil action over which this Court has original jurisdiction under the provisions of Title 28, U.S.C. §1332, and is one which may be removed to this Court by the petitioner, defendant herein, pursuant to the provisions of Title 28, U.S.C. §1441, in that it is a civil action when the matter in controversy exceeds or may exceed the sum and value of seventy-five thousand and no/100s ($75,000.00) dollars, exclusive of costs, attorney fees, and statutory interest, according to the allegations of the injuries and damages in the Complaint, and is between citizens of different states, defendant having been incorporated under the laws of the State of Ohio, and having its principal place of business in the City of Toledo, State of Ohio, and the plaintiff being a resident and citizen of the State of Michigan, according to her Complaint, as of the time of the occurrences alleged in the Complaint and continuing through the filing of this action to the present.

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

WHEREFORE, defendant gives notice that this action is therefore removable to this Court pursuant to 28 U.S.C. § 1441 because it is within this Court's original "diversity" jurisdiction, and no defendant properly joined is a citizen of Michigan.

Respectfully submitted,

KITCH DRUTCHAS WAGNER
VALITUTTI & SHERBROOK, P.C.

By: /s/ David C. Wiegel
WILLIAM D. CHAKLOS (P33180)
DAVID C. WIEGEL (P57277)
Attorneys for Defendant
One Woodward Avenue, Suite 2400
Detroit, MI 48226
(313) 965-7415

Dated: November 4, 2008

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

2

DET02\1276133.01

## AFFIDAVIT OF COUNSEL

STATE OF MICHIGAN)
                     ) ss
COUNTY OF WAYNE )

The undersigned, being fully duly sworn, deposes and says that he is the attorney for the defendant, that he has read the foregoing Notice of Removal and he knows the contents thereof, and the same is true to the best of his knowledge, information and belief.

                                               /s/ David C. Wiegel
                                               DAVID C. WIEGEL (P57277)
                                               Attorney for Defendant

Subscribed and sworn to before me
this 4th day of November, 2008.

_Alison Bragg_
Notary Public, Alison Bragg
State of Michigan, County of Wayne
My Commission expires August 29, 2012

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
ONE WOODWARD AVENUE,
SUITE 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

DET02\1276133.01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LAKE, as Personal
Representative of the Estate of
BENJAMIN PELCH, JR., Deceased,

CASE NO.:

    Plaintiff,

v

Lower Case No.: 08-89404-NM
HONORABLE:  Joseph J. Farah

HEARTLAND - BRIARWOOD MI, LLC
d/b/a HEARTLAND HEALTH CARE
CENTER - BRIARWOOD, and as
Successor Corporation to HEARTLAND
HEALTH CARE CENTER - BRIARWOOD,
and/or EAST MICHIGAN CARE
CORPORATION and/or MANOR CARE,
INC.,

    Defendants.                              /

## AFFIDAVIT OF SERVICE

STATE OF MICHIGAN    )
                              )ss.
COUNTY OF WAYNE    )

    I hereby certify that on November 4, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: _____, and I hereby certify that I have mailed by the United States Postal Service the paper to the following non-ECF participants:

Scott L. Feuer, Esq.
251 Merrill Street, Suite 203
Birmingham, Michigan 48009

Michael J. Kelly, Esq.
717 S. Grand Traverse Street
Flint, Michigan 48502

Respectfully submitted,

KITCH DRUTCHAS WAGNER VALITUTTI &
SHERBROOK, P.C.

By: /s/ Alison Bragg secretary to David C. Wiegel
    WILLIAM D. CHAKLOS (P33180)
    DAVID C. WIEGEL (P57277)
    Attorneys for Defendant
    One Woodward Avenue, Suite 2400
    Detroit, MI  48226
    (313) 965-7415

Dated: November 4, 2008

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

DET02\1276133.01