UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LAKE, as Personal
Representative of the Estate of
BENJAMIN PELCH, JR., Deceased,

    Plaintiff,

v

HEARTLAND - BRIARWOOD MI, LLC
d/b/a HEARTLAND HEALTH CARE
CENTER - BRIARWOOD, and as
Successor Corporation to HEARTLAND
HEALTH CARE CENTER - BRIARWOOD,
and/or EAST MICHIGAN CARE
CORPORATION and/or MANOR CARE,
INC.,

    Defendants.
    _____/

CASE NO.: 08-14669
HONORABLE: Sean F. Cox

Lower Case No.: 08-89404-NM
HONORABLE: Joseph J. Farah

SCOTT L. FEUER (P38185)
TED KOZERSKI (P36894)
Attorney for Plaintiff
251 Merrill Street
Suite 203
Birmingham, Michigan 48009
(248) 723-7828, Ext. 201

WILLIAM D. CHAKLOS (P33180)
DAVID C. WIEGEL (P57277)
Attorneys for Defendant
One Woodward Avenue
Suite 2400
Detroit, MI 48226-5485
(313) 965-7925

_____/

**STIPULATION FOR QUALIFIED PROTECTIVE ORDER FOR
THE RELEASE OF IDENTITY OF BENJAMIN PELCH'S ROOMMATES AT
<u>HEARTLAND HEALTH CARE CENTER- BRIARWOOD</u>**

IT IS STIPULATED by and between counsel for the parties that Plaintiff, Jennifer Lake, is granted a Qualified Protective Order for the release of Benjamin Pelch's roommates' names (as well as last known address and telephone number) while he was a resident at Heartland Health Care Center - Briarwood, subject to the following stipulations being contained in the qualified protective order:

    A.)    That plaintiff's counsel and/or Plaintiff are prohibited from using or disclosing the protected health information for any purpose other

      than in this litigation; that plaintiff's counsel and/or Plaintiff are required to return or destroy the protected information at the end of the litigation; and that this qualified protective order concerns solely the release of Benjamin Pelch's roommates names while he was a resident of Heartland Health Care Center - Briarwood.

B.) That Plaintiff and/or plaintiff's counsel are required to notify Benjamin Pelch's roommates that Heartland Health Care Center - Briarwood were required to release their names and last known contact information due to a court order.

C.) That plaintiff's counsel must inform Benjamin Pelch's roommates that they are under no obligation to meet with Plaintiff and/or plaintiff's counsel. Plaintiff's counsel is also required to provide said roommates with a copy of this order.

D.) That discussions with Mr. Pelch's roommates are to only concern Mr. Pelch and his stay at Heartland Health Care Center - Briarwood and not their own health issues.

E.) That plaintiff's counsel will provide at least 48 hour-advanced written notice to defense counsel of the date, time, and place of any meetings between plaintiff and/or plaintiff's counsel and Benjamin Pelch's roommates and allow defense counsel to attend any such meeting.

| | |
|---|---|
| /s/ David Wiegel | /s/ Ted Kozerski (w/permission) |
| DAVID WIEGEL (P57277) | TED KOZERSKI (P36894) |
| Attorney for Defendant | Attorney For Plaintiff |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LAKE, as Personal
Representative of the Estate of
BENJAMIN PELCH, JR., Deceased,

    Plaintiff,

v

HEARTLAND - BRIARWOOD MI, LLC
d/b/a HEARTLAND HEALTH CARE
CENTER - BRIARWOOD, and as
Successor Corporation to HEARTLAND
HEALTH CARE CENTER - BRIARWOOD,
and/or EAST MICHIGAN CARE
CORPORATION and/or MANOR CARE,
INC.,

    Defendants.
    _____/

CASE NO.:  08-14669
HONORABLE:  Sean F. Cox

Lower Case No.:  08-89404-NM
HONORABLE:  Joseph J. Farah

| SCOTT L. FEUER (P38185)<br>TED KOZERSKI (P36894)<br>Attorney for Plaintiff<br>251 Merrill Street<br>Suite 203<br>Birmingham, Michigan 48009<br>(248) 723-7828, Ext. 201 | WILLIAM D. CHAKLOS (P33180)<br>DAVID C. WIEGEL (P57277)<br>Attorneys for Defendant<br>One Woodward Avenue<br>Suite 2400<br>Detroit, MI 48226-5485<br>(313) 965-7925 |
|---|---|

**ORDER FOR QUALIFIED PROTECTIVE ORDER FOR
THE RELEASE OF IDENTITY OF BENJAMIN PELCH'S ROOMMATES AT
<u>HEARTLAND HEALTH CARE CENTER - BRIARWOOD</u>**

    Upon reading and filing of the above stipulation, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that Plaintiff, Jennifer Lake, is granted a Qualified Protective Order for the release of Benjamin Pelch's roommates' names (as well as last known address and telephone number) while he was a resident at Heartland Health Care Center - Briarwood, subject to the following stipulations:

1

    A.)    That plaintiff's counsel and/or Plaintiff are prohibited from using or disclosing the protected health information for any purpose other than in this litigation; that plaintiff's counsel and/or Plaintiff are required to return or destroy the protected information at the end of the litigation; and that this qualified protective order concerns solely the release of Benjamin Pelch's roommates names while he was a resident of Heartland Health Care Center - Briarwood.

    B.)    That Plaintiff and/or plaintiff's counsel are required to notify Benjamin Pelch's roommates that Heartland Health Care Center - Briarwood were required to release their names and last known contact information due to a court order.

    C.)    That plaintiff's counsel must inform Benjamin Pelch's roommates that they are under no obligation to meet with Plaintiff and/or plaintiff's counsel.  Plaintiff's counsel is also required to provide said roommates with a copy of this order.

    D.)    That discussions with Mr. Pelch's roommates are to only concern Mr. Pelch and his stay at Heartland Health Care Center - Briarwood and not their own health issues.

E.)    That plaintiff's counsel will provide at least 48 hour-advanced written notice to defense counsel of the date, time, and place of any meetings between plaintiff and/or plaintiff's counsel and Benjamin Pelch's roommates and allow defense counsel to attend any such meeting.

Dated:  July 17, 2009                                    s/ Sean F. Cox
                                                                    Sean F. Cox
                                                                     U. S. District Judge