

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LAKE, as Personal Representative
of the Estate of BENJAMIN PELCH, JR.,
Deceased,

        Plaintiff,

-v-

HEARTLAND - BRIARWOOD MI, LLC. d/b/a
HEARTLAND HEALTH CARE CENTER -
BRIARWOOD, and as Successor Corporation
to HEARTLAND HEALTH CARE CENTER -
BRIARWOOD, and/or EAST MICHIGAN CARE
CORPORATION and/or MANOR CARE, INC.,

        Defendants.

Case No. 08-14669-SK

Hon. Sean Cox



FILED
MAR 22 2010
CLERK'S OFFICE
DETROIT

| | |
|---|---|
| SCOTT L. FEUER (P38185)<br>TED M. KOZERSKI (P36894)<br>FEUER & KOZERSKI, PC<br>Attorney for Plaintiff<br>251 Merrill St., Ste. 203<br>Birmingham, MI 48009<br>(248) 723-7828, Ext. 201 | WILLIAM D. CHAKLOS (P33180)<br>DAVID C. WIEGEL (P57277)<br>Attorneys for Defendant Heartland Briarwood<br>One Woodward Ave., Ste 2400<br>Detroit, MI 48226-5845<br>(313) 965-7925 |

### ORDER APPROVING SETTLEMENT OF WRONGFUL DEATH CLAIM

At a session of said court held in the United States
District Court, Eastern District of Michigan
on    MAR 22 2010

PRESENT: THE HONORABLE    SEAN F. COX
                                                               U.S. District Court Judge

    The Court having reviewed the proposed Order Approving Settlement, having taken testimony from Personal Representative Jennifer Lake in the presence of attorneys for the parties,

and being otherwise advised in the premises;

    IT IS HEREBY ORDERED that settlement between the parties in the amount of $95,000 is approved.

IT IS FURTHER ORDERED that itemization of settlement proceeds is approved as follows:

| | |
|---|---|
| Settlement Amount | $95,000.00 |
| Less Costs | 11,808.15 |
| Net Settlement | 83,191.85 |
| Less one-third attorney fee | 27,730.61 |
| Net Settlement to the Estate of Benjamin Pelch, Jr. | 55,461.24 |

IT IS FURTHER ORDERED that this settlement is for the loss of society and companionship the interested parties have suffered and not for any conscious pain and suffering of the decedent Benjamin Pelch.

_____
U.S. District Court Judge

3/22/10