UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LAKE, as Personal Representative
of the Estate of BENJAMIN PELCH, JR.,
Deceased,

       Plaintiff,

-v-

HEARTLAND - BRIARWOOD MI, LLC. d/b/a
HEARTLAND HEALTH CARE CENTER -
BRIARWOOD, and as Successor Corporation
to HEARTLAND HEALTH CARE CENTER -
BRIARWOOD, and/or EAST MICHIGAN CARE
CORPORATION and/or MANOR CARE, INC.,

       Defendants.

Case No. 08-14669-CK

Hon.  Sean Cox

| TED M. KOZERSKI  (P368894) | WILLIAM D. CHAKLOS (P33180) |
|---|---|
| SCOTT L. FEUER (P38185) | DAVID C. WIEGEL (P57277) |
| FEUER & KOZERSKI, PC | Attorneys for Defendants |
| Attorney for Plaintiff | One Woodward Ave., Ste 2400 |
| 251 Merrill St., Ste. 203 | Detroit, MI 48226-5845 |
| Birmingham, MI 48009 | (313) 965-7925(7415) |
| (248) 723-7828, Ext. 201 | |

### ORDER FOR AUTHORITY TO
### DISTRIBUTE SETTLEMENT PROCEEDS

At a session of said court held in the United States
District Court, Eastern District of Michigan

On      May 21, 2010

PRESENT: THE HONORABLE  Sean F. Cox
                                  U.S. District Court Judge

The Court having read the Petition and Stipulation and Agreement of the parties to

distribute the settlement proceeds, and for good cause appearing,

IT IS HEREBY ORDERED that distribution of the settlement proceeds in the above

matter shall be made as follows:

            To Ilene Pelch -- $55,461.24

IT IS FURTHER ORDERED that Jennifer Lake has voluntarily waived any share of the proceedings from distribution of the settlement proceeds.

IT IS FURTHER ORDERED that Pamela Savage has voluntarily waived any share of the proceedings from distribution of the settlement proceeds.

T IS FURTHER ORDERED that Benjamin Pelch, III has voluntarily waived any share of the proceedings from distribution of the settlement proceeds.

IT IS FURTHER ORDERED that Kenneth Pelch has voluntarily waived any share of the proceedings from distribution of the settlement proceeds.

Dated:  May 21, 2010                                  s/ Sean F. Cox
                                                                              Sean F. Cox
                                                                              U. S. District Judge